USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  12-3-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THEO CARAMIHAI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HELIUS MEDICAL TECHNOLOGIES, INC., PHILIPPE DESCHAMPS, JOYCE LAVISCOUNT and JONATHAN SACKIER,<br><br>Defendants. | Case No. 1:19-cv-06365-LAP |
| WILLIAM EVANS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HELIUS MEDICAL TECHNOLOGIES, INC., PHILIPPE DESCHAMPS, JOYCE LAVISCOUNT and JONATHAN SACKIER,<br><br>Defendants. | Case No. 1:19-cv-07171-LAP |

**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF RELATED ACTIONS AND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

**WHEREAS,** at least two class action complaints alleging violations of the federal securities laws have been filed in this District on behalf of a purported class of purchasers of securities of Helius Medical Technologies, Inc.; and

**WHEREAS,** three motions have been filed on behalf of individuals (the "movants") seeking appointment as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (*see Caramihai*, Dkt. Nos. 8, 11 and 14); and

**WHEREAS,** each movant additionally moved for the consolidation of these cases; and

**WHEREAS,** one of the movants withdrew its motion for appointment as Lead Plaintiff (*id.* Dkt. No. 19) and a second movant filed a notice of non-opposition to the appointment of the third movant, William Dodson, as Lead Plaintiff (*id.* Dkt. No. 20); and

**WHEREAS,** upon the Court's appointment of Lead Plaintiff, it is anticipated that the Lead Plaintiff will file a consolidated amended complaint; and

**WHEREAS,** the parties agree that these cases are related and should be consolidated into one action (the "Consolidated Action") because they arise from the same alleged transactions or occurrences, and that consolidation should take place prior to or simultaneous with the appointment of a Lead Plaintiff and Lead Counsel; and

**WHEREAS,** the parties agree that it would serve the interests of judicial economy and efficiency to extend defendants' time to respond to plaintiffs' complaints until after the consolidation of these related cases, appointment of a Lead Plaintiff and Lead Counsel, and filing of a consolidated amended complaint;

**WHEREAS,** this is the first request for adjournment or extension and, in light of defendants' execution of waivers of service of summons in the *Caramihai* action on October 2, 2019, the current date to respond to that complaint is December 2, 2019;

**THE PARTIES HEREBY STIPULATE AND AGREE,** by and through their counsel, that:

2

1.      The following cases should be consolidated into one Consolidated Action for all purposes, including but not limited to discovery, pretrial proceedings and trial proceedings:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| Caramihai v. Helius Medical Technologies, Inc., et al. | 1:19-cv-06365-LAP | 7/09/2019 |
| Evans v. Helius Medical Technologies, Inc., et al. | 1:19-cv-07171-LAP | 7/31/2019 |

2.      The consolidated cases shall be identified as: *In re Helius Medical Technologies, Inc. Securities Litigation*, Case No. 1:19-cv-06365-LAP, and the files of this action shall be maintained in one file under Master File No. 1:19-cv-06365-LAP. The other above-referenced actions should be closed for administrative purposes. The Clerk of the Court shall file a copy of this Order in the separate file for each of the other-above referenced actions.

3.      Any other actions now pending or hereafter filed in this District which arise out of the same facts and claims as alleged in the above-listed related actions shall be consolidated into the Consolidated Action for all purposes once the Court is informed of them. The parties shall notify the Court of any other action which is pending or filed outside of this District which may be related to this Consolidated Action when they become aware of such actions.

4.      Every pleading filed in this Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HELIUS MEDICAL TECHNOLOGIES, INC. SECURITIES LITIGATION | )   Master File No.<br>)   1:19-cv-06365-LAP |
| | )   |
| _____ | )   CLASS ACTION |
| | )   |
| This Document Relates To: | )   |
| _____ | )   |

3

5.     When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption above.  When a pleading is intended to be applicable only to some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

6.     Plaintiffs shall file and serve a Consolidated Amended Complaint within sixty (60) days of the Court's appointment of a Lead Plaintiff and Lead Counsel.

7.     Defendants shall not be required to answer, move or otherwise respond to the initial complaints filed in any of the actions identified above or any subsequently-filed related action.  Defendants shall answer, move or otherwise respond to the Consolidated Amended Complaint within sixty (60) days after service of the Consolidated Amended Complaint.

**IT IS SO STIPULATED.**

Dated:    December 2, 2019

GLANCY PRONGAY & MURRAY LLP

*/s/ Lesley Portnoy\**
Lesley Frank Portnoy
122 East 42nd Street, Suite 2920
New York, NY 10168
(212) 682-5340
LPortnoy@glancylaw.com

*Attorneys for Plaintiff Theo
Caramihai*

\*signed with permission of counsel.

4

Dated:    December 2, 2019                    THE ROSEN LAW FIRM P.A.

                                              /s/ Phillip Kim*
                                              _____
                                              Phillip C. Kim
                                              275 Madison Avenue
                                              New York, NY 10016
                                              (212) 686-1060
                                              pkim@rosenlegal.com

                                              Attorneys for Movant William
                                              Dodson


Dated:    December 2, 2019                    POMERANTZ LLP

                                              /s/ Jeremy Lieberman*
                                              _____
                                              Jeremy Alan Lieberman
                                              J. Alexander Hood II
                                              600 Third Avenue, 20th Floor
                                              New York, NY 10016
                                              (212)-661-1100
                                              jalieberman@pomlaw.com
                                              ahood@pomlaw.com

                                              Attorneys for Plaintiff William
                                              Evans

Dated:    December 2, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              /s/ William J. Foley
                                              _____
                                              Robert Stern
                                              Columbia Center
                                              1152 15th Street, N.W.
                                              Washington, D.C. 20005

                                              Ellen M. Murphy
                                              William J. Foley
                                              51 West 52nd Street
                                              New York, NY 10019
                                              (212) 506-5000

                                              Attorneys for Defendants

SO ORDERED: _____          *signed with permission of counsel.
            The Honorable Loretta A. Preska

Date:  12/3/19

5