UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HELIUS MEDICAL TECHNOLOGIES SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No.<br>19 Civ. 6365 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

On December 3, 2019, the Court entered an order consolidating these related securities fraud class actions. Before the Court entered that order, movants William Dodson, Robert D. Moyer, Jr., and Tracy Richards filed three competing motions [dkt. nos. 8, 11, 14] for appointment as lead plaintiff and approval of their counsel as Lead Counsel.  On September 13, 2019, Ms. Richards withdrew her motion, and on September 17, 2019, Mr. Moyer filed a notice of non-opposition to Mr. Dodson's motion.  Having reviewed Mr. Dodson's motion and concluded that he is the most adequate plaintiff and that his counsel, The Rosen Law Firm, P.A., is qualified to serve as Lead Counsel, Mr. Rosen's unopposed motion is GRANTED.

The Rosen Law Firm, P.A., as Lead Counsel shall manage the prosecution of this litigation.  Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with responsibilities that include, without limitation, (1) preparing all pleadings; (2) directing and

coordinating briefing and arguing motions in accordance with the schedules set by the orders and rules of the Court; (3) initiating and directing discovery; (4) preparing the case for trial; and (5) engaging in settlement negotiations on behalf of Lead Plaintiff and the Class.

The Clerk of the Court is directed to close the open motions [dkt. nos. 8, 11, 14].

**SO ORDERED.**

Dated:   April 27, 2020
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge