## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HELIUS MEDICAL TECHNOLOGIES LITIGATION | Case No.: 19 Civ. 6365 (LAP)<br><br>STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

WHEREAS:

1. On July 9, 2019, Plaintiff Theo Caramihai filed a class action, alleging violations of the anti-fraud provisions of the Federal Securities laws against Defendants Helius Medical Technologies, Inc. ("Helius"), Philippe Deschamps, Joyce LaViscount, Jonathan Sackier (ECF No. 1); and

2. On December 3, 2019, the Court issued an order consolidating two related cases (ECF. No. 24); and

3. On April 28, 2020, the Court issued an order appointing William Dodson lead plaintiff ("Lead Plaintiff") in this consolidated action, and approving their selection of The Rosen Law Firm, P.A. as lead counsel (ECF. No. 25); and

4. Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Lead Plaintiff wishes to dismiss this action voluntarily, without prejudice; and

5. Lead Plaintiff has not moved for nor has the Court certified a class,

NOW THEREFORE, the parties, through their counsel, agree that pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Lead Plaintiff William Dodson hereby voluntarily dismisses this action, without prejudice, against all Defendants and that all parties will bear their own fees and costs to date related to this action.

Dated: June 30, 2020                                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Phillip Kim*
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
lheifetz@rosenlegal.com

*Counsel for Lead Plaintiff*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Robert Stern*
Robert Stern
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

Ellen M. Murphy
William J. Foley
51 West 52nd Street
New York, NY 10019
(212) 506-5000

*Attorneys for Defendants*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED, this  1  day of _____July_____, 2020.

_____
The Honorable Loretta A. Preska
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the foregoing *Stipulation And [Proposed] Order Of Voluntary Dismissal Without Prejudice* with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Leah Heifetz-Li*
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*